| | |
|---|---|
| DISTRICT COURT, SAN MIGUEL COUNTY COLORADO<br>305 W Colorado Ave Telluride, CO 81435 | |
| Plaintiff(s) / Petitioner(s): **EMELIE ENGVALL, an individual;**<br>**and RYAN MARKEY, an individual**<br><br>v.<br><br>Defendant(s) / Respondent(s): **SCOTT WHEELER, an individual** | ▲ COURT USE ONLY ▲<br><br>DATE FILED<br>April 21, 2026 8:32 AM<br>FILING ID: C2247GD2F5A1A<br>CASE NUMBER: 2025CV30029<br><br>Case No. 2025CV30029 |
| **AFFIDAVIT OF SERVICE** | |

I, Mason Benner, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to SCOTT WHEELER in Maricopa County, AZ on April 20, 2026 at 11:08 am at 9802 E Bahia Dr, Scottsdale, AZ 85260-2363 by personal service by handing the following documents to an individual identified as SCOTT WHEELER.

2025CV30029_57_2025-12-22_Complaint_w_Jury_Demand_5352346489381342777.pdf
2025CV30029_57_2025-12-22_Civil_Case_Cover_Sheet_2659480884059848370.pdf
2025CV30029_57_2025-12-22_Summons___Scott_Wheeler_4322552220640634414.pdf

Additional Description:
Mr. Wheeler's hairline is receding. His hair color is between blonde and red, and his hairstyle is pulled back. Race: White, Sex: Male, Est. Age: 55-64, Hair: Red, Glasses: N, Est. Weight: 260 lbs to 280 lbs, Est. Height: 6' 3" to 6' 6".
Geolocation of Serve: https://google.com/maps?q=33.635855,-111.86933
Photograph: See Exhibit 1


Total Cost: $168.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF COLORADO THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

___Maricopa County_____,

___AZ_____ on ___4/20/2026_____.

/s/ *Mason Benner*
_____
Signature
Mason Benner
+1 (623) 824-5447





