<table>
<tr><td colspan="2">

DISTRICT COURT, SAN MIGUEL COUNTY COLORADO

Court Address:   305 W Colorado Ave
                 Telluride, CO 81435
Telephone:       970-369-3310

</td><td>

DATE FILED
February 23, 2026 3:29 PM
CASE NUMBER: 2025CV30029

</td></tr>
</table>

| | |
|---|---|
| **Plaintiffs:**<br><br>EMELIE ENGVALL, an individual; and<br>RYAN MARKEY, an individual<br><br>v.<br><br>**Defendant:**<br><br>SCOTT WHEELER, an individual | **▲ COURT USE ONLY ▲**<br><br>Case Number:<br><br>Division: |

**ORDER RE: MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT**

THIS COURT, having reviewed the Plaintiffs' motion for extension of time to serve complaint, and otherwise being fully advised in the matter, hereby GRANTS the motion. The Plaintiffs have up to and including April 25, 2026, to serve the complaint.

DATED:         February 23, 2026

BY THE COURT:

District Court Judge Keri Yoder