**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-019454-SBP

EMELIE ENGVALL and RYAN MARKEY

       Plaintiffs,

v.

SCOTT WHEELER

       Defendant.

---

### NOTICE OF ENTRY OF APPEARANCE

---

To the Clerk of court and all parties of record:

       I hereby certify that I am a member in good standing of the bar of this Court and I appear in this case as counsel for <u>Emelie Engvall and Ryan Markey.</u>

       DATED at Denver, Colorado May 8, 2026

<u>s/ Todd Scardina</u>
Todd Scardina, #40333
Scardina Law, LLC
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
Telephone:  720-420-9068
E-mail:   todd@scardinalaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the date stated above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

       Luke James Volker,
       Dagner Schluter Werber LLC
       5105 DTC Parkway, Suite 245
       Greenwood Village, CO 80111
       303-221-4661
       Email: lvolker@lawincolorado.com

<u>s/ Todd Scardina</u>

1