IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01954-SBP

EMELIE ENGVALL and RYAN MARKEY

      Plaintiff,

v.

SCOTT WHEELER

      Defendant.

---

## NON-CONSENT TO JURISDICTION OF MAGISTRATE JUDGE

---

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

### CHECK ONE

☐ All parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

or

2

☑ At least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Dated this 29th day of May, 2026.<br><br>By /s/*Todd Scardina*<br>SCARDINA LAW, LLC<br>Todd Scardina, #40333<br>501 S Cherry St., Suite 1100<br>Denver, CO 80246<br>todd@scardinalaw.com<br>*Attorneys for Plaintiff* | Dated this 29th day of May, 2026<br><br>By /s/ *Luke J. Volker*<br>DAGNER \| SCHLUTER \| WERBER, LLC<br>5105 DTC Parkway, Suite 245\|<br>Greenwood Village, CO  80111<br>Telephone: (303) 221-4661<br>Fax: (303) 221-4594<br>lvolker@lawincolorado.com<br>*Attorneys for Defendant* |
| --- | --- |