**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01954-SBP

EMELIE ENGVALL and RYAN MARKEY

      Plaintiffs,

v.

SCOTT WHEELER

      Defendant.

---

NOTICE OF ENTRY OF APPEARANCE

---

To the Clerk of court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this Court and I appear in this case as counsel for <u>Emelie Engvall and Ryan Markey.</u>

      DATED at Denver, Colorado June 11, 2026.

<u>*s/ Matthew Bayma*</u>
Matthew Bayma, #41464
Scardina Law, LLC
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
Telephone:  720-420-9068
E-mail:   matt@scardinalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date stated above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Luke James Volker,
      Dagner Schluter Werber LLC
      5105 DTC Parkway, Suite 245
      Greenwood Village, CO 80111
      303-221-4661
      Email: lvolker@lawincolorado.com

<u>*s/ Matthew Bayma*</u>

1