IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

Civil Action No:  1:26-cv-01954-SKC-SBP         Date: July 14, 2026
Courtroom Deputy:    Stef Jeffries                         FTR: Courtroom A502

_Parties:_                                                                   _Counsel:_

EMELIE ENGVALL and RYAN MARKEY,                    Matthew Bayma

        Plaintiff,

v.

SCOTT WHEELER,                                                      Luke Volker

        Defendant.

---

### COURTROOM MINUTES

---

**SCHEDULING CONFERENCE**

**3:34 p.m.        Court in session.**

The Court calls the case. Appearances of counsel.

Discussion is held regarding the parties' proposed Scheduling Order.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT
THE SCHEDULING CONFERENCE HELD THIS DATE:**

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):  **July 9, 2026**

Joinder of Parties/Amendment to Pleadings: **October 2, 2026**

Discovery Cut-off: **March 2, 2027**

Dispositive Motions Deadline:  **No later than 10 days after the close of discovery,** a party
intending to file a motion for summary judgment must meaningfully confer with the opposing
party and jointly contact chambers by email to set a pre-motion status conference with the
Court.

Deadline for Motions Pursuant to Fed. R. Evid. 702:  The deadline for filing these motions is the

same as the date set for the Final Pretrial Conference, which will be set by Judge Crews' upon disposition of any dispositive motions filed.

Each side shall be limited to **10** depositions, excluding retained experts. Each deposition shall be limited to 1 day of 6 hours.

Each party shall be limited to **25** interrogatories, including discrete subparts, **25** requests for production, and **25** requests for admission. Interrogatories, requests for production, and requests for admission shall be served by **February 19, 2027**.

Each side shall be limited to **4** retained expert witnesses, inclusive of rebuttal experts, absent leave of court.

Disclosure of Affirmative Experts: **January 15, 2027**
Disclosure of Rebuttal Experts: **February 19, 2027**

**STATUS CONFERENCE**:

None at this time. Future status conferences may be set at the request of the parties or the Court.

**FINAL PRETRIAL CONFERENCE/TRIAL DATE**:

If no party seeks to file a motion for summary judgment, Counsel shall jointly contact Judge Crews' chambers to obtain dates for a final pretrial conference.

**Scheduling Order entered.**

**4:05 p.m.        Court in recess.**

Hearing concluded.
Total in-court time:  31 minutes

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.

2