IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-CV-01954-SKC

**EMELIE ENGVALL and RYAN MARKEY**

Plaintiffs,

v.

**SCOTT WHEELER**

Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, Emelie Engvall and Ryan Markey, and Defendant, Scott Wheeler, by and through their attorneys, stipulate that any and all claims filed or that could have been filed in this case between them shall be dismissed with prejudice, each party to pay their own attorney fees and costs.

AS GROUNDS THEREFOR, the parties state that all claims filed or that could have been filed in the case between them have been fully compromised and settled and no further issues remain pending for judicial determination.

DATED this 10th day of November, 2026.

By: *Todd Scardina*
Todd Scardina, #40333
SCARDINA LAW, LLC
501 S. Cherry Street, Suite 1100
Denver, CO 80246
Attorneys for Plaintiffs
*Emelie Engvall and Ryan Markey*

By: *Luke Volker*
Luke Volker, #43677
DAGNER | SCHLUTER | WERBER LLC
5105 DTC Parkway, Suite 245
Greenwood Village, CO 80111
Attorneys for Defendant
*Scott Wheeler*